IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 06-cv-02430-REB-MJW

GAIL C. VENTO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

~~PROPOSED~~ ORDER  (Docket No. 22)

---

The parties having submitted a Joint Stipulation to Dismiss Petition to Quash and Enforce the IRS Summons, and good cause having been shown, the Joint Stipulation (Docket No. 22)

IT IS ORDERED that the IRS Summons issued to the University of Colorado is granted and enforced, subject to the following modifications:

That the University of Colorado shall redact from all materials produced in response to the IRS Summons the names, ID numbers, and other course identifying information with respect to the courses taken by petitioner; and,

That, in complying with the request for "copies of grades received by Gail Vento for classes she attended in 2002, 2003 and 2004," the University of Colorado shall provide a copy of petitioner's transcript, only after having first redacted her grades and grade point average.

Dated this 20th day of June, 2007

~~UNITED STATES DISTRICT JUDGE~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO